AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 2:10-mj-00070 |
|  | ) |
|  | ) |
| Mark A. Cantrell | ) |
| *Defendant(s)* | |

**SEALED**

**FILED** JUN 4 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of __Southern__ District of __West Virginia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1001 | Making materially false statements in a matter within in the jurisdiction of the executive branch of the United States Government |

This criminal complaint is based on these facts:
On or about July 10, 2009, at or near Charleston, Kanawha County, West Virginia, Mark A. Cantrell knowingly and willfully made materially false statements in a matter within the jurisdiction of the executive branch of the government of the United States, in that at that place and time he denied to special agents of the Internal Revenue Service, who were then involved in a federal criminal investigation, that he, on July 8, 2009, had moved a video camera placed and designed to provide security for certain video lottery terminals operating in an establishment in Danville, Boone County, West Virginia, and further denied that he then possessed keys that would provide him access to the money drawer of those machines and further denied that he took money from one of those machines when, in truth and in fact, and as Mark A. Cantrell then knew and believed, he had moved that camera, possessed those keys and removed that money from one of those machines, all in violation of Title 18 U.S.C. § 1001.

☐ Continued on the attached sheet.

_____
*Complainant's signature*
Jeffrey Goode, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Jun 4, 2010

_____
*Judge's signature*

City and state: Beckley, West Virginia

R. Clarke Vandervort., United States Magistrate Judge
*Printed name and title*