UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2009
JUNE 8, 2010 SESSION

FILED

JUN -8 2010

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.

CRIMINAL NO. 2:10-cr-00088

18 U.S.C. § 1001

MARK A. CANTRELL

I N D I C T M E N T

The Grand Jury Charges:

On or about July 10, 2009, at or near Charleston, Kanawha County, West Virginia, and within the Southern District of West Virginia, and elsewhere, in matters within the jurisdiction of the executive branch of the Government of the United States, defendant MARK A. CANTRELL knowingly and willfully made materially false statements, in that defendant MARK A. CANTRELL falsely denied to agents of the Internal Revenue Service that he was involved in moving a video camera in the Boone County business known as the Danville Pizza on that occasion; that at that time he possessed keys that would open the Limited Video lottery machines in Danville Pizza; and that on that occasion he opened one of those machines and took money from it.

In violation of Title 18, United States Code, Section 1001.


                              R. BOOTH GOODWIN II
                              United States Attorney

                    By:      _____
                              HUNTER P. SMITH JR.
                              Assistant United States Attorney