# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                           **CRIMINAL ACTION NO.:  2:10-CR-00088**

**MARK CANTRELL,**

    **Defendant.**

### MOTION TO SCHEDULE GUILTY PLEA HEARING

The Defendant, by counsel, states that he wishes to change his previously entered plea of "not guilty" to "guilty" as to the sole charge contained in the Indictment, and therefore respectfully requests this Court schedule a plea hearing in that regard.

WHREFORE, based upon the above stated, the Defendant respectfully requests this Court schedule a guilty plea hearing with regard to this matter.

                                                                      **MARK CANTRELL**
                                                                      By counsel

 /s Mark L. French
Mark L. French, Esquire
CRISWELL & FRENCH, PLLC
405 Capitol Street, Suite 1007
Charleston, WV  25301
W. Va. Bar ID No.: 9061

**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.            **CRIMINAL ACTION NO.:  2:10-CR-00088**

**MARK CANTRELL,**

    **Defendant.**

## CERTIFICATE OF SERVICE

    I, Mark L. French, Esquire, do hereby certify that a true copy of the foregoing "***Motion to Schedule Guilty Plea Hearing***" has been electronically filed and service has been made by virtue of such electronic filing upon:

Hunter P. Smith, AUSA
300 Virginia Street, East Rm 4000
Charleston, WV  25301

This the 2nd day of August, 2010.

                                                          **MARK CANTRELL**
                                                          By counsel

/s Mark L. French                         .
Mark L. French, Esquire
Criswell & French, PLLC
405 Capitol Street, Suite 1007
Charleston, WV  25301
W. Va. Bar ID No.: 9061