```
       UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF WEST VIRGINIA
              AT CHARLESTON
```

**UNITED STATES OF AMERICA**

v.                            CRIMINAL ACTION NO. 2:10-00088

**MARK CANTRELL**

<u>O R D E R</u>

Upon the motion to schedule plea hearing, filed August 2, 2010, by Mark L. French, counsel for the defendant, on behalf of the above-named parties, it is ORDERED that the motion be, and it hereby is, granted and the defendant is scheduled to appear before the court at 9:30 a.m. on August 17, 2010, for entry of a plea in this action.

The Clerk is directed to forward copies of this order to the defendant, all counsel of record, the United States Probation Department, and the United States Marshal.

DATED:  August 3, 2010

_____
John T. Copenhaver, Jr.
United States District Judge