**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                       **CRIMINAL ACTION NO.:  2:10-CR-00088**

**MARK CANTRELL,**

     **Defendant.**

## MOTION TO MODIFY TERMS OF BOND

On a date prior to the filing of this Motion, the Defendant was release on bond with certain terms and conditions.  One of the conditions imposed was that the Defendant was to not have access to the internet in his home.  The Defendant now would like to take online college courses to further his education and requires internet access to complete those college courses.  The Defendant submits that there are precautions this Court may impose that would enable the Defendant to participate in online education, while still addressing the concerns the Court has regarding the Defendant accessing the internet, including, but not limited, regular inspections of the Defendants computer by qualified personnel.

WHEREFORE, based upon the above stated, the Defendant respectfully requests this Court to modify the terms of Defendant's bond to allow defendant internet access to participate in online educational opportunities, along with all other and further relief this Honorable Court deems just and proper.

**<u>MARK CANTRELL</u>**
By counsel

  /s Mark L. French
Mark L. French, Esquire
CRISWELL & FRENCH, PLLC
405 Capitol Street, Suite 1007
Charleston, WV  25301
W. Va. Bar ID No.: 9061

## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## AT CHARLESTON

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**                   **CRIMINAL ACTION NO.:  2:10-CR-00088**

**MARK CANTRELL,**

     **Defendant.**

### CERTIFICATE OF SERVICE

     I, Mark L. French, Esquire, do hereby certify that a true copy of the foregoing "***Motion to Modify Terms of Bond***" has been electronically filed and service has been made by virtue of such electronic filing upon:

Hunter P. Smith, AUSA
300 Virginia Street, East Rm 4000
Charleston, WV  25301

This the 8th day of September, 2010.

                                           **MARK CANTRELL**
                                         By counsel

/s Mark L. French        .
Mark L. French, Esquire
Criswell & French, PLLC
405 Capitol Street, Suite 1007
Charleston, WV  25301
W. Va. Bar ID No.: 9061